

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00231-CR

Patrick Thomas **CHILDERS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Kerr County, Texas
Trial Court No. A17313
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. The appellant's reply brief is due on December 30, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court